

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

## United States District Court
Central District of California
### Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

February 1, 2023

Ivan Rene Moore
1236 South Redondo Boulevard
Los Angeles, CA 90019

Re:   Case Number:   2:22-cv-03463-JGB

Case Title:   In Re Kimberely Martin-Bragg

Dear _____ :

The Court is in receipt of the Notice of Appeal you filed in the matter indicated above. Please be advised that, pursuant to Rule 3(e) of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1917, and the Court of Appeals Miscellaneous Fee Schedule issued in accordance with 28 U.S.C. § 1913, a $5.00 filing fee and a $500.00 docketing fee are due upon the filing of a Notice of Appeal.

Please immediately remit a cashier's check, certified bank check, business or corporate check, or money order drawn on a major American bank or on the United States Postal Service, payable to *Clerk, U.S. District Court,* in the amount of $505.00. The Clerk's Office will also accept credit cards (Mastercard/ Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

If you are attempting to proceed in forma pauperis, you should complete Form A-18 (Motion and Affidavit for Leave to Appeal in Forma Pauperis) and file it with this Court under the case number given above. Court forms are available on the court's website at *www.cacd.uscourts.gov*.

Sincerely,

Clerk, U.S. District Court

By   Martha Torres   213 894 3570
      Deputy Clerk